Case 3:19-cv-00626-LRH-CBC Document 36 Filed 10/21/19 Page 1 of 7

**ORIGINAL**



1 Keiko J. Kojima (CA SBN 206595)
E-mail: kkojima@bwslaw.com
2 BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
3 Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
4
5 Attorneys for Plaintiff
Hartford Life and Accident Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ORDER

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Case No. 3:19-cv-00626-LRH-CBC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF WITHDRAWAL FROM THE COURT'S DOCKET AND REQUEST TO TERMINATE CM/ECF NOTICES** |
| v. | |
| LORI CROWN, an individual, AUSTIN CROWN, an individual, COLLIN CROWN, an individual, and WILLIAM KENDALL, an individual, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Hartford Life and Accident Insurance Company hereby requests that it be removed from the Court's docket of this case and that the notices of electronic filings on the CM/ECF system no longer be sent to its counsel, Keiko J. Kojima, of Burke, Williams & Sorensen, LLP. Hartford was dismissed with prejudice from this interpleader action by court order on October 9, 2019 and this case was transferred from the Central District of California to the District of Nevada. [Dkt. 30 (attached hereto as Exhibit 1)] (This case will now proceed with the remaining parties in the District of Nevada.)

Accordingly, Hartford, whose counsel is receiving notices of electronic filing, seeks to withdraw from this Court's docket and to terminate the notices of electronic filings for this action.

Dated: October 17, 2019

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Keiko J. Kojima
Attorneys for Plaintiff
Hartford Life and Accident Insurance Company

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 10/23/2019

# EXHIBIT 1

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LORI CROWN, an individual, AUSTIN CROWN, an individual, COLLIN CROWN, an individual, and WILLIAM KENDALL, an individual,<br><br>Defendants. | Case No. 2:19-cv-05094-AB-MAA<br><br>**ORDER RE DISMISSAL OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**<br><br>Honorable André Birotte, Jr. |

Hartford Life and Accident Insurance Company ("Hartford") and Defendant Lori Crown, an individual, Defendant Austin Crown, an individual, Defendant Collin Crown, an individual, and Defendant William Kendall, an individual (collectively "Defendants") having previously stipulated, and good cause appearing, IT IS HEREBY ORDERED that:[1]

---

[1] The Court issued an order on September 11, 2019 [Doc. 21] based on the Parties' previous stipulation, which granted Hartford's discharge with $6,000 in fees and costs to be paid by the Clerk from the deposited proceeds at issue in this interpleader action. The order required the Parties to submit a further proposed order dismissing Hartford and transferring the action once Hartford acknowledged receipt of the funds from the Court. Hartford received the check from the Court on September 24, 2019 and is now ready to be dismissed from this action.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-5489-4247 v1

- 1 -

ORDER RE DISMISSAL OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; TRANSFER TO U.S.D.C. FOR THE DISTRICT OF NEVADA

EXHIBIT 1

1. Hartford shall be dismissed from this action with prejudice.

2. Defendants' request to transfer this case is GRANTED. This action shall be transferred to the United States District Court for the District of Nevada.

3. The remainder of all the funds on deposit with Court plus any accrued interest shall be made payable and transferred to the Clerk for the United States District Court for the District of Nevada for deposit with that Court.

**IT IS SO ORDERED.**

Dated: October 9, 2019    By: _____
Honorable André Birotte Jr.
United States District Judge

CC: Fiscal

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-5489-4247 v1    - 2 -

ORDER RE DISMISSAL OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; TRANSFER TO U.S.D.C. FOR THE DISTRICT OF NEVADA

EXHIBIT 1

## PROOF OF SERVICE

***Hartford Life and Accident Insurance Company v. Lori Crown, et al.***
**USDC-Nevada, No. 3:19-cv-00626-LRH-CBC**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. On October 17, 2019, I served a copy of the within document(s):

**PLAINTIFF'S NOTICE OF WITHDRAWAL FROM THE COURT'S DOCKET AND REQUEST TO TERMINATE CM/ECF NOTICES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed GSO envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a GSO agent for delivery.

SEE ATTACHED SERVICE LIST.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 17, 2019, at Los Angeles, California.

*Barbara W. Jeong*
Barbara W. Jeong

## SERVICE LIST

*Hartford Life and Accident Insurance Company v. Lori Crown, et al.*
**USDC-Nevada, No. 3:19-cv-00626-LRH-CBC**

Susanna T. Kintz, Esq.
**Kintz Law, PLLC**
913 Tahoe Blvd., Suite 6
Incline Village, NV 89451
Tel 775-832-6800
Email susanna@skintzlaw.com
*Attorneys for Defendant Lori Crown*

Carole M. Pope, Esq.
Law Office of Carole M. Pope
301 Flint Street
Reno, NV 89501
Tel 775-337-0773
Email cmp7000@aol.com
*Attorneys for Defendants Austin M. Crown, Collin R. Crown and William C. Kendall*

LA #4841-5487-5050 v1



BURKE, WILLIAMS & SORENSEN, LLP

444 South Flower Street · Suite 2400
Los Angeles, California 90071-2953
voice 213.236.0600 · fax 213.236.2700
www.bwslaw.com

Direct No.: 213.236.2793
Our File No.: 05029-0411
bjeong@bwslaw.com

```
_____ FILED        ✓ RECEIVED
_____ ENTERED      _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          OCT 21 2019

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

October 17, 2019

Clerk of the Court
U.S. District Court
District of Nevada
400 S. Virginia Street
Reno, NV 89501

Re: *Hartford Life and Accident Insurance Company v. Lori Crown, et al.*
USDC District of Nevada No. 3:19-cv-00626-LRH-CBC

Dear Sir or Madam:

Enclosed please find 1 original and 2 copies of "Plaintiff's Notice of Withdrawal from the Court's Docket and Request to Terminate CM/ECF Notices." Please file for the above-referenced action and return a filed-stamped copy to our office. A self-addressed envelope is enclosed for your use.

Thank you for your cooperation in this matter. Should you have any questions or comments, please do not hesitate to contact me at (213) 236-2793.

Sincerely,

Burke, Williams & Sorensen, LLP

*Barbara W. Jeong*
Barbara W. Jeong
Secretary for Keiko J. Kojima

:bwj
enclosures

LA #4844-3884-5610 v1

Los Angeles – Inland Empire – Marin County – Oakland – Orange County – Palm Desert – San Diego – San Francisco – Silicon Valley – Ventura County