UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>LORI CROWN, an individual,<br>AUSTIN CROWN, an individual,<br>COLLIN CROWN, an individual, and<br>WILLIAM KENDALL, an individual,<br><br>Defendants. | CASE NO. 3:19-cv-00626-LRH-CLB |

**STIPULATED JUDGMENT AND ORDER IN INTERPLEADER AND ORDER RE**

**DISMISSAL AND DISTRIBUTION OF PROCEEDS**

Plaintiff, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, commenced this Interpleader Action in the Central District Court of California (Western Division – Los Angeles) (the "California Court") on June 12, 2019 and deposited $200,235.07 with the court on June 21, 2019 (the "Interpleader Funds"). AUSTIN CROWN, COLLIN CROWN, and WILLIAM KENDALL, by and through their counsel, Carole M. Pope, filed a Crossclaim against Defendant LORI CROWN on August 15, 2019 and Defendant LORI CROWN, through her counsel, Susanna T. Kintz, filed a Crossclaim against Defendants, AUSTIN CROWN, COLLIN CROWN, and

WILLIAM KENDALL on September 16, 2019.

Pursuant to the stipulation of the parties and for good cause showing, by order of the California Court on October 9, 2019, Plaintiff was dismissed from the action and awarded $6,000 in fees and costs, and the action was transferred to this Court. The balance of the Interpleader Funds ($194,235.07) and interest accrued ($747.78) was deposited with the Clerk of the Court on October 29, 2019. The current balance of the Interpleader Funds is $194,235.07 plus interest of $1,123.11 as of January 6, 2020 and accruing.

Defendants have agreed to the settlement of this action without adjudication of any issue of fact or law and without any admission of any contested issues of fact or as to liability for any of the claims asserted in the Cross Complaints.

THEREFORE, on the joint motion of Defendant LORI CROWN and Defendants AUSTIN CROWN, COLLIN CROWN, and WILLIAM KENDALL, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

A. THAT Defendants AUSTIN CROWN, COLLIN CROWN, and WILLIAM KENDALL are jointly awarded the sum of $80,000 and the Clerk of the Court be and hereby is directed to pay that sum to their attorney Carole M. Pope, from and out of the funds deposited herein;

B. THAT Defendant LORI CROWN is awarded the balance of the funds, and the Clerk of the Court be and hereby is directed to pay that sum to her attorney, Kintz Law, PLLC, from and out of the funds deposited herein;

C. THAT Defendants will bear their own attorney fees and costs;

D. THAT upon the entry of this Stipulated Judgment and Order, and upon the Court's payment of the sums described in above, this matter will be concluded in its entirety.

IT IS SO STIPULATED:

Dated this 6th day of January 2020      KINTZ LAW, PLLC

By: /s/Susanna T. Kintz
SUSANNA T. KINTZ
*Attorney for Defendant Lori Crown*

Dated this 6th day of January 2020      Law Offices of Carole M. Pope

By: /s/ Carole M. Pope
CAROLE M. POPE
*Attorney for Defendants Austin Crown, Collin Crown, and William Kendall*

**IT IS SO ORDERED:**

DATED this 8th day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

*Pursuant to Local Rule 5-1 (d), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.